**Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 15, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00264-CV

---

## IN RE P.K.N., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-84640**

---

## MEMORANDUM OPINION

On April 17, 2023, relator P.K.N. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Janice Berg, presiding judge

of the 247th District Court of Harris County, to set aside her March 1, 2023 order denying relator's plea to the jurisdiction.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's motion to stay.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Wilson.